# GEORGE H. EBERT v. W. DALE STEIN and Others.[1]

October 27, 1911.

Nos. 17,261—(52).

**Findings sustain the decision.**

The findings support the conclusion of law. [Reporter.]

Action in the district court for St. Louis county by the trustee in bankruptcy of the estate of Maximilian J. Stein, to set aside a certain deed made by M. J. Stein and his wife to their son, W. D. Stein, within four months immediately preceding the filing of the petition in bankruptcy, as a preferential transfer to the extent it paid the bankrupt's indebtedness to defendant W. D. Stein and fraudulent as to the excess over such payment, and to set the same aside as fraudulent in respect to creditors. The case was tried before Ensign, J., who made findings of fact and as conclusions of law found that the deed was a preferential transfer and adjudged that it be canceled and that plaintiff as trustee was the owner of the land. From the judgment entered pursuant to the findings, defendants appealed. Affirmed.

*J. De La Motte*, for appellants.

*Courtney & Courtney* and *John Brown*, for respondent.

PER CURIAM.

Appeal from a judgment. There is no case or bill of exception, the only question presented is whether the findings of fact support the conclusions of law. We hold that they do. No discussion is necessary.

Order affirmed.

[1]Reported in 132 N. W. 1134.